January 21, 2011

Mr. Thomas H. Crofts Jr.
Crofts & Callaway, P.C.
300 Austin Highway, Suite 120
San Antonio, TX 78209-5303

Mr. Gene S. Hagood
Hagood, Neumann & Huckeba, L.L.P.
1520 East Highway 6
Alvin, TX 77511
Mr. Brad Allen Guillory
Hagood & Neumann, L.L.P.
1520 E. Hwy 6
Alvin, TX 77511

RE: Case Number: 07-0131
 Court of Appeals Number: 04-06-00190-CV
 Trial Court Number: 2004-CI-05605

Style: JOHN CHRISTOPHER FRANKA, M.D. AND NAGAKRISHNA REDDY, M.D.
 v.
 STACEY VELASQUEZ AND SARAGOSA ALANIZ, INDIVIDUALLY AND AS NEXT
 FRIENDS OF THEIR MINOR CHILD, SARAGOSA MARIO ALANIZ

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Guzman not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Margaret G. |
| |Montemayor |
| |Mr. Keith E. Hottle |
| |Mr. Michael Patrick |
| |Murphy |